UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00015 |
| | ) | |
| DANIEL TAYLOR | ) | |

## **ORDER**

For the reasons set forth in the accompanying Memorandum, Defendant Daniel Taylor's "Motion to Compel the Government to Produce Evidence" (Docket No. 58) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE